UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-84-MOC-DSC

| GERVINA CHERRY, | ) |  |
|---|---|---|
| Plaintiff, pro se, | ) |  |
| vs. | ) | ORDER |
| PORTFOLIO RECOVERY, LLC, | ) |  |
| Defendant. | ) |  |

**THIS MATTER** is before the Court on its own motion following Plaintiff's failure to pay the filing fee within the deadline set by this Court's Order dated March 11, 2022. (Doc. No. 3). Plaintiff has failed to file anything since the Court entered its Order.

**The Court hereby orders Plaintiff to pay the $402 filing fee within 30 days of this Order. If Plaintiff fails to pay the filing fee within 30 days, this action will be dismissed without prejudice and without further notice to Plaintiff.**

IT IS SO ORDERED.

Signed: July 13, 2022

Max O. Cogburn Jr.
United States District Judge