# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:22-cv-84-MOC-DSC

| | |
|---|---|
| GERVINA CHERRY, ) | |
| ) | |
| Plaintiff, pro se, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| PORTFOLIO RECOVERY, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on its own motion following Plaintiff's failure to pay the filing fee within the deadline set by this Court's Order dated March 11, 2022, and following Plaintiff's failure to comply with the Court's show cause Order entered on July 14, 2022, in which the Court stated:

> **The Court hereby orders Plaintiff to pay the $402 filing fee within 30 days of this Order. If Plaintiff fails to pay the filing fee within 30 days, this action will be dismissed without prejudice and without further notice to Plaintiff.**

See (Doc. Nos. 3, 4).

More than thirty days has passed since the Court entered its Order dated July 14, 2022, and Plaintiff has still not paid the filing fee. Therefore, this action is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Signed: September 26, 2022

*[Signature]*
Max O. Cogburn Jr.
United States District Judge